IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE ILWU-PMA PENSION PLAN,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA COATES, JENNIFER M. TAYLOR, LAVERSA PIER, MARY TAYLOR, and SHERYL ANN JACKSON PERDUE,<br><br>Defendants. | Case Number 11-cv-03998 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference currently scheduled for November 23, 2011, is continued to January 18, 2012 at 10:00 a.m. to give Plaintiff additional time to serve the two Defendants who have not yet been served.

IT IS SO ORDERED.

DATED: November 18, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-03998 NC
ORDER CONTINUING CMC