# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE ILWU-PMA PENSION PLAN,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA COATES, JENNIFER M. TAYLOR, LAVERSA PIER, MARY TAYLOR, and SHERYL ANN JACKSON PERDUE,<br><br>Defendants. | Case No. 11-cv-03998 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference currently scheduled for January 18, 2012, is continued to February 8, 2012 at 10:00 a.m. so that Plaintiff may serve all Defendants and so that all Defendants may consent or decline to jurisdiction of magistrate judge.

IT IS SO ORDERED.

DATED: January 12, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-03998 NC
ORDER CONTINUING CMC