CHRISTINE S. HWANG (SBN 184549)
LINDSAY R. NICHOLAS (SBN 273063)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
lnicholas@leonardcarder.com

D. WARD KALLSTROM (SBN 076937)
KATHLEEN CAHILL SLAUGHT (SBN 168129)
MICHELLE M. SCANNELL (SBN 267767)
SEYFARTH SHAW, LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Tel: (415) 397-2823/Fax: (415) 397-8549
wkallstrom@seyfarth.com
kslaught@seyfarth.com
mscannell@seyfarth.com

Co-Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES FOR THE ILWU-PMA PENSION PLAN,<br><br>      Plaintiffs,<br><br>v.<br><br>PAMELA COATES, JENNIFER M. TAYLOR, LAVERSA PIER, MARY TAYLOR, and SHERYL ANN JACKSON PERDUE,<br><br>      Defendants. | Case No. cv-11-3998-NC<br><br>**[PROPOSED] ORDER TO SERVE DEFENDANTS BY PUBLICATION AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: August 15, 2011 |

Having reviewed Plaintiffs' Motion for Administrative Relief: Request for Permission to Serve Defendants by Publication and the accompanying Declaration and appearing that Defendants Mary Taylor and Sheryl Ann Jackson Perdue cannot with reasonable diligence be

served in another manner, the Court orders:

1. Plaintiffs shall serve Defendants Mary Taylor and Sheryl Ann Jackson Perdue by publication pursuant to Federal Rule of Civil Procedure 4(e)(1) and the requirements of California Code of Civil Procedure § 415.50 and California Government Code § 6064:

   a. Plaintiffs shall publish the summons of Mary Taylor in the <u>San Francisco Chronicle</u> and <u>The Recorder</u>;

   b. Plaintiffs shall publish the summons of Sheryl Ann Jackson Perdue in the <u>San Francisco Chronicle</u>, <u>The Recorder</u>, and a newspaper in the Atlanta Metropolitan area;

   c. Publication of the summonses, pursuant to (a) and (b) above, shall occur at least once a week for four successive weeks, with at least five days intervening between the respective publication dates not counting such publication dates;

   d. A copy of the summons, the Complaint, and this Order shall be mailed to the Defendant if her address is ascertained before service by publication is completed.

2. Service by publication shall be deemed completed after the twenty-eighth day following the first day of publication.

3. The Case Management Conference scheduled for February 8, 2012, is continued to April 18, 2012, to provide Plaintiffs with sufficient time to execute service by publication and so that all Defendants may consent or decline to jurisdiction of magistrate judge.

**IT IS SO ORDERED.**

Dated: February 6, 2012

HONORABLE NATHANAEL COUSINS
Magistrate Judge

LEONARD CARDER, LLP
ATTORNEYS
1188 Franklin Street, Suite 201
San Francisco, California 94109
TEL: (415) 771-6400   FAX: (415) 771-7010