CHRISTINE S. HWANG (SBN 184549)
LINDSAY R. NICHOLAS (SBN 273063)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
lnicholas@leonardcarder.com

BRIAN L. LARSEN (SBN 158252)
LAUREN B. GELBER (SBN 237935)
LAW OFFICE OF BRIAN L. LARSEN
530 Jackson Street, Second Floor
San Francisco, CA 94133
Tel: (415) 398-5000

Attorneys for Defendant
PAMELA COATES

D. WARD KALLSTROM (SBN 076937)
KATHLEEN CAHILL SLAUGHT (SBN 168129)
MICHELLE M. SCANNELL (SBN 267767)
SEYFARTH SHAW, LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Tel: (415) 397-2823/Fax: (415) 397-8549
wkallstrom@seyfarth.com
kslaught@seyfarth.com
mscannell@seyfarth.com

Co-Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES FOR THE ILWU-PMA PENSION PLAN,<br><br>        Plaintiffs,<br>v.<br><br>PAMELA COATES, JENNIFER M. TAYLOR, LAVERSA PIER, MARY TAYLOR, and SHERYL ANN JACKSON PERDUE,<br><br>        Defendants. | Case No. cv-11-3998-EMC<br><br>**[PROPOSED] ORDER FOR EXTENSION FOR SELECTING ADR PROCESS**<br><br>COMPLAINT FILED: August 15, 2011 |

GOOD CAUSE APPEARING, based on the Stipulated Request for Extension for Selecting ADR Process of counsel for all Parties currently appearing in this matter, and in the interests of judicial economy, the Court orders that the deadline to file Stipulation to ADR

1  Process or Notice of Need for ADR Phone Conference be extended to March 15, 2013.

3  SO ORDERED.

Dated: _____9/14/12_____    _____



14363022v.1

[PROPOSED] ORDER FOR EXTENSION FOR SELECTING ADR PROCESS
CV-11-3998-EMC