| | |
|---|---|
| CHRISTINE S. HWANG (SBN 184549) | BRIAN L. LARSEN (SBN 158252) |
| LINDSAY R. NICHOLAS (SBN 273063) | LAUREN B. GELBER (SBN 237935) |
| LEONARD CARDER, LLP | LAW OFFICE OF BRIAN L. LARSEN |
| 1188 Franklin Street, Suite 201 | 530 Jackson Street, Second Floor |
| San Francisco, CA 94109 | San Francisco, CA 94133 |
| Tel: (415) 771-6400/Fax: (415) 771-7010 | Tel: (415) 398-5000 |
| chwang@leonardcarder.com | |
| lnicholas@leonardcarder.com | Attorneys for Defendant |
| | PAMELA COATES |

D. WARD KALLSTROM (SBN 076937)
KATHLEEN CAHILL SLAUGHT (SBN 168129)
MICHELLE M. SCANNELL (SBN 267767)
SEYFARTH SHAW, LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Tel: (415) 397-2823/Fax: (415) 397-8549
wkallstrom@seyfarth.com
kslaught@seyfarth.com
mscannell@seyfarth.com

Co-Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES FOR THE ILWU-PMA PENSION PLAN, | Case No. cv-11-3998-EMC |
| Plaintiffs, | **STIPULATED REQUEST TO DESIGNATE PAMELA COATES THE SOLE BENEFICIARY OF JAMES TAYLOR'S ILWU-PMA PENSION PLAN SURVIVOR PENSION BENEFIT; [~~PROP~~OSED] ORDER** |
| v. | |
| PAMELA COATES, JENNIFER M. TAYLOR, LAVERSA PIER, MARY TAYLOR, and SHERYL ANN JACKSON PERDUE, | |
| Defendants. | COMPLAINT FILED: August 15, 2011 |

This Stipulated Request To Designate Pamela Coates the Sole Beneficiary of James Taylor's ILWU-PMA Pension Plan Survivor Pension Benefit is entered into by co-counsel for the Trustees for the ILWU-PMA Pension Plan ("Plaintiffs"), and Defendant Pamela Coates ("Coates") (collectively the "Parties"), as follows:

WHEREAS, Plaintiffs filed this action entitled *Trustees of the ILWU-PMA Pension Plan v. Pamela Coates, et al.*, Case No. cv-11-3998-EMC ("Action") on August 15, 2011;

1    WHEREAS, Plaintiffs filed this Action to seek appropriate equitable relief in the form of
2 an Order instructing Plaintiffs as to whom the Survivor Pension benefits payable on account of
3 James A. Taylor under the ILWU-PMA Pension Plan (the "Pension Plan") are to be paid;

4    WHEREAS, the late James A. Taylor was a Pension Plan participant with vested Pension
5 Plan benefits at the time of his death on November 15, 2009;

6    WHEREAS, Paragraphs 2.051 and 2.0514 of the Pension Plan generally provide that
7 when a Plan participant dies, his or her surviving spouse will receive a monthly Survivor Pension
8 benefit for the remainder of the surviving spouse's life. For purposes of qualifying for a
9 Survivor Pension benefit, a surviving spouse is defined in relevant part by the Pension Plan as
10 follows:

> [A]ny person who survives a Participant who was alive and whose Pension Commencement Date had not occurred as of June 30, 1987 if (i) such person was legally married to the Participant for a continuous period of not less than 1 year as of the Participant's Pension Commencement Date, (ii) such person legally married the Participant within 1 year before his Pension Commencement Date and was legally married to him for a continuous period of at least 1 year ending on or before the date of his death, or (iii) such person was legally married to the Participant for a continuous period of not less than 1 year as of his death, and his death occurred before his Pension Commencement Date.

17    WHEREAS, Defendant Pamela Coates is a resident of San Francisco, California, and was
18 married to James A. Taylor on August 6, 1999. On January 13, 2010, Pamela Coates filed a
19 claim with Plaintiffs for the Survivor Pension benefits payable under the Pension Plan on
20 account of James A. Taylor, stating that she was the legal spouse of James A. Taylor on the date
21 of his death;

22    WHEREAS, Pamela Coates, Jennifer M. Taylor, Laversa Pier (formerly known as
23 Laversa Taylor), Mary Taylor, and Sheryl Ann Jackson Perdue (formerly known as Sheryl
24 Taylor) (collectively "Defendants") were named as parties to this Action on the basis that
25 Defendants could potentially claim entitlement to the Survivor Pension benefits payable under
26 the Pension Plan on the account of James A. Taylor;

1   WHEREAS, on September 30, 2011, Pamela Coates filed an Answer to Plaintiffs'
2   Complaint (Docket No. 10);

3   WHEREAS, Pamela Coates' Answer to Plaintiffs' Complaint represents that she was the
4   legal spouse of James A. Taylor on the date of his death (Docket No. 10, ¶¶ 2-4);

5   WHEREAS, Defendants Jennifer M. Taylor, Laversa Pier, Sheryl Ann Jackson Perdue
6   and Mary Taylor did not respond to Plaintiffs' Complaint or otherwise enter an appearance in
7   this Action;

8   WHEREAS, the Court granted Judgment in favor of Plaintiffs and against all Defendants
9   except Pamela Coates, as follows:

> Jennifer M. Taylor: Judgment entered on August 31, 2012 (Docket No. 57);
>
> Laversa Pier: Judgment entered on August 31, 2012 (Docket No. 57);
>
> Sheryl Ann Jackson Perdue: Judgment entered on August 31, 2012 (Docket No. 57);
>
> Mary Taylor: Judgment entered on February 12, 2013 (Docket No. 76); and

WHEREAS, by the Court's entry of Judgment in favor of Plaintiffs, Jennifer M. Taylor, Laversa Pier, Sheryl Ann Jackson Perdue, and Mary Taylor are enjoined from commencing or maintaining any action against Plaintiffs regarding entitlement to the Survivor Pension benefits payable under the Pension Plan on account of James A. Taylor.

## STIPULATION

IT IS HEREBY STIPULATED, by and between the Parties hereto, through their respective attorneys of record, that Pamela Coates should be declared the sole beneficiary of the Pension Plan Survivor Pension benefit on account of James A. Taylor. The Parties respectfully request that the Court declare Pamela Coates the sole beneficiary of the Pension Plan Survivor Pension benefits payable on account of James A. Taylor.

Should the Court enter an Order declaring Pamela Coates the sole beneficiary of the Pension Plan Survivor Pension Benefit payable on account of James A. Taylor, Plaintiffs shall

3

STIPULATED REQUEST TO DECLARE PAMELA COATES THE SOLE BENEFICIARY OF
JAMES TAYLOR'S ILWU-PMA PENSION PLAN SURVIVOR PENSION BENEFIT/ CV-11-3998-EMC

LEONARD CARDER, LLP
ATTORNEYS AT LAW
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TEL: (415) 771-6400  FAX: (415) 771-7010

disburse payment of the Survivor Pension benefit to Pamela Coates effective retroactively as of December 1, 2009, within 50 days of the Court's Order. Plaintiffs shall also make continuing monthly payments due and owing to Pamela Coates so long as the benefit is due under the terms of the Pension Plan.

Respectfully submitted,

Dated: April 17, 2013     LEONARD CARDER LLP

By:   /s/ Lindsay R. Nicholas
CHRISTINE S. HWANG
LINDSAY R. NICHOLAS

SEYFARTH SHAW LLP

By:   /s/ Michelle M. Scannell
D. WARD KALLSTROM
KATHLEEN CAHILL SLAUGHT
MICHELLE M. SCANNELL

Co-Counsel for the Joint Trustees of the ILWU-PMA Pension Plan

Dated: April 17, 2013     LAW OFFICE OF BRIAN L. LARSEN

By:   /s/ Brian L. Larsen (as authorized on 4/17/13)
BRIAN L. LARSEN
LAUREN B. GELBER

Attorney For Defendant Pamela Coates

**PURSUANT TO STIPULATION, IT IS ORDERED:**

Defendant Pamela Coates is the sole beneficiary to the Survivor Pension benefit payable under the ILWU-PMA Pension Plan ("Pension Plan") on account of James A. Taylor;

Within 50 days of the Court's Order, Plaintiffs shall disburse payment of the Survivor Pension benefit payable under the Pension Plan on account of James A. Taylor to Pamela Coates effective retroactively as of December 1, 2009; and

4

STIPULATED REQUEST TO DECLARE PAMELA COATES THE SOLE BENEFICIARY OF JAMES TAYLOR'S ILWU-PMA PENSION PLAN SURVIVOR PENSION BENEFIT/ CV-11-3998-EMC

Plaintiffs shall make continuing monthly Survivor Pension benefit payments due and owing to Pamela Coates on account of James A. Taylor so long as the benefit is due under the terms of the Pension Plan.

DATED: 4/19/13

HONORABLE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

5

STIPULATED REQUEST TO DECLARE PAMELA COATES THE SOLE BENEFICIARY OF JAMES TAYLOR'S ILWU-PMA PENSION PLAN SURVIVOR PENSION BENEFIT/ CV-11-3998-EMC

15369730v.1